CIVIL CONFERENCE CALENDAR

**MARILYN DOLAN GO**  **DATE AND TIME:**
**UNITED STATES MAGISTRATE JUDGE**  **MAY 11, 2001 AT 4:00 P.M.**

**CASE:**  F.C. FOREST AVENUE ASSOCIATES, LLC v. REGAL CINEMAS, INC., et ano, CV 2000-7446 (SJ)(MDG)

 X  STATUS CONFERENCE

**APPEARANCES:**

FOR PLAINTIFF(S):   Harold Weinberger, Jonathan Fried

FOR DEFENDANT(S):   Paul Halasx, Christopher Stracco, Christopher Nanos

  ESR 01/45 5533 - end; 01/46 85 - 2264

**THE FOLLOWING RULINGS WERE MADE:**
   Oral argument heard on the motion to remand. Decision reserved. Since the counterclaims asserted in this action will remain, even if the motion is granted, the following schedule is established pursuant to Rule 16(b) of the Federal Rules of Civil Procedure:
   1. Automatic disclosures must be served by  6/22/01 .
   2. Applications for leave to amend and/or join new parties must be served by  n/a .  Plaintiff is granted leave to amend the complaint 21 days after issuance of the report and recommendation on the motion to remand.
   3. Factual discovery must be completed by  1/2/02 .
   4. If any party intends to retain any experts other than in rebuttal, that party must give notice by  2/1/02  of the type of expert to be retained and topics to be addressed.
   5. Affirmative expert report(s) and disclosures must be served by  3/1/02 .
   6. Rebuttal expert report(s) and disclosures must be served by  4/15/02.
   7. Expert discovery must be completed by  6/3/02 .
   8. Settlement, consolidation and the schedule for dispositive motions will be discussed at the next conference.
   SO ORDERED.

                                          /s/
                                          Marilyn D., Go, U.S.M.J.

**NEXT CONFERENCE SCHEDULED FOR**   Sept. 13, 2001 at 10:00 a.m.